## HOWARD v. STATE.
### No. 26229.

Court of Criminal Appeals of Texas.
Jan. 28, 1953.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., Austin, for the State.

DAVIDSON, Commissioner.

The offense is drunk driving upon a public highway, with punishment assessed at a fine of $100.

The record is before us without a statement of facts or bills of exception. Nothing is presented for our consideration.

The judgment of the trial court is affirmed.

Opinion approved by the court.